NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**R. WAYNE JOHNSON,**

*Claimant-Appellant*

v.

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2022-1651

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 21-8317, Judge Amanda L. Meredith.

---

## O R D E R

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

2                                                  JOHNSON V. MCDONOUGH

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

May 25, 2022
    Date                          /s/ Peter R. Marksteiner
                                 Peter R. Marksteiner
                                 Clerk of Court

**ISSUED AS A MANDATE:** May 25, 2022